George F. Porter, appellee, v. Landon Cabell Rose, appellant. Gen. No. 25,705.

Action on a 99-year lease. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 31, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Underwood & Smyser, for appellant. Winston, Strawn & Shaw, for appellee; J. Sidney Condit and Harold Beacom, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Eugene P. Rother, appellee, v. Anthony M. Peters and Anna M. Peters, appellants. Gen. No. 25,712.

Action to recover for work and labor performed. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed December 31, 1920.

Ernest R. Fifer, for appellants; Edward E. Shinnick, of counsel. John E. Crahen, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Fannie Shapera and Annie Shapera, appellees, v. Benjamin Smith and Jacob E. Smith, appellants. Gen. No. 25,660.

Motion for perpetual stay of execution issued on judgment for rent. Motion denied. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 31, 1920.

Robert Edelson, for appellants; Hyman Polonsky, of counsel. George B. Cohen, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

Mary Grifenhan, appellee, v. Chicago Railways Company, appellant. Gen. No. 25,673.

Action for personal injuries caused by collision between automobile and street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 31, 1920.

Charles LeRoy Brown, for appellant; John R. Guilliams and George E. Gorman, of counsel. James D. Power, for appellee.

Mr. Justice Matchett delivered the opinion of the court.